IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD DOUGLAS HYATT                                                                    PETITIONER
#309

v.                                              4:20-cv-01433-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                          RESPONDENT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. Failure to file timely objections may result in waiver of the right to appeal questions of fact. Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Petitioner Richard Douglas Hyatt filed a *pro se* Petition for Writ of Habeas Corpus on December 10, 2020. (Doc. No. 1.) Mail sent by the Court to Mr. Hyatt was recently returned as undeliverable. (Doc. Nos. 22, 25.) On May 10, 2021, I entered an Order directing Mr. Hyatt to comply with Local Rule 5.5(c)(2) within thirty (30) days by notifying the Clerk of the Court and

the other parties of any change in his address.[1] (Doc. No. 24.) That time has passed, and Mr. Hyatt has failed to comply with Local Rule 5.5(c)(2).

To avoid dismissal, Mr. Hyatt should update his address during the fourteen (14) day objection period. Otherwise, this cause of action should be DISMISSED without prejudice in accordance with Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED that unless Petitioner updates his address during the fourteen (14) day objection period, this cause of action (Doc. No. 1) should be DISMISSED without prejudice.

DATED this 16th day of June 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."