# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RICHARD DOUGLAS HYATT                                                         PETITIONER
#309

v.                              4:20-cv-01433-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                               RESPONDENT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of July 2021.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE