IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD DOUGLAS HYATT                                                                  PETITIONER
#309

v.                                    4:20-cv-01433-BRW-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                        RESPONDENT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 15th day of July 2021.


                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE